COURT OF 
APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 
2-05-002-CV
 
 
 
IN RE GARY KRIER IN HIS PROPER                                              RELATOR 
PERSON AND NOT FICTITIOUS
 
 
------------
ORIGINAL 
PROCEEDING
------------
MEMORANDUM OPINION[1]
------------
        The 
court has considered relator's “Emergency Command Or Writ Of Injunction And 
Writ Of Certiorari With A Notorial Certificate” and is of the belief that 
relief should be denied.  Accordingly, relator's “Emergency Command Or 
Writ Of Injunction And Writ Of Certiorari With A Notorial Certificate” is 
denied.
 
  
                                                                  PER 
CURIAM
  
 
PANEL 
B:   HOLMAN, DAUPHINOT, and GARDNER, JJ. 
 
DELIVERED: January 6, 2005

NOTES
 
1.  See Tex. 
R. App. P. 47.4.